FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 1 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROY BRIDGES                                                               PLAINTIFF

V.                           NO. 2-10-CV-195 BSM

HELENA-WEST HELENA SCHOOL DISTRICT,
acting by and through the HELENA-WEST HELENA
SCHOOL BOARD; HELENA-WEST HELENA SCHOOL
BOARD MEMBERS RAYNE GORDON, CONSTANCE
JARRETT, MICHAEL ASHANTI, REV. JARVIS SMITH,
TOMMY STEPHENS, ELDER KIM SMITH and LARRY
WILSON, individually and in their official capacity.                      DEFENDANTS

This case assigned to District Judge Miller
**COMPLAINT** and to Magistrate Judge Volpe

Plaintiff Roy Bridges, for his Complaint against Defendants, states:

**OVERVIEW OF CLAIMS AND PARTIES**

1. The federal causes of action contained in this Complaint are for the infringement of constitutional rights of equal protection pursuant to 42 U.S.C. § 1983, for conspiring to violate those constitutional rights pursuant to 42 U.S.C. § 1985(3), for violation of civil rights based on race in violation of 42 U.S.C. § 1981, and for violation of Title VII of the Civil Rights Act of 1964, as codified in 42 U.S.C. § 2000e *et seq.* The Complaint also contains a state law cause of action based on the Arkansas Civil Rights Act of 1993, Ark. Code Ann. §§ 16-123-101 *et seq.* Finally, the Complaint seeks a declaratory judgment pursuant to 28 U.S.C. § 2201.

2. Plaintiff Roy Bridges is a citizen of the United States and a resident of Helena, Arkansas. Mr. Bridges is not an African-American.

3. Defendant Rayne Gordon is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

4. Defendant Constance Jarrett is a citizen of the United States and a resident of Phillips County, Arkansas. She is a member of the Helena-West Helena School Board.

5. Defendant Michael Ashanti is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

6. Defendant Rev. Jarvis Smith is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

7. Defendant Tommy Stephens is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

8. Defendant Elder Kim Smith is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

9. Defendant Larry Wilson is a citizen of the United States and a resident of Phillips County, Arkansas. He is a member of the Helena-West Helena School Board.

10. Defendant Helena-West Helena School District is a public school district created by and under the laws of the State of Arkansas.

## JURISDICTION AND VENUE

11. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

12. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b).

## FACTUAL BACKGROUND

13. Helena-West Helena School District ("School District") exercises certain governmental powers through the Helena-West Helena School Board ("School Board"). The School Board is comprised of seven members. Each School Board member is being sued in his or her individual and official capacity.

14. The named School Board members are duly elected members of the School Board of the School District acting under color of the statutes, ordinances, customs and usage of the State of Arkansas and the School District.

15. In 2009, the School Board began a search to fill a vacant superintendent position. The School Board advertised the position and published a set of qualifications that candidates applying for the position were required to meet.

16. Mr. Bridges met all qualifications for the position of superintendent and applied for this position. At the time he applied for the position, Mr. Bridges was employed as the interim superintendent by the School District.

17. The School Board offered the job to Willie Williams, an African-American candidate, who assumed the job of superintendent following his appointment in June, 2009.

18. Mr. Williams was appointed by the School Board even though he did not meet the published qualifications for the superintendent position.

19. A motivating reason for the School Board's action was that Mr. Bridges was white rather than African-American.

20. As a result of the intentional discrimination, Roy Bridges has suffered mental distress, anxiety, mental anguish.

21. Mr. Bridges timely filed a charge of discrimination with the Equal Employment Opportunity Commission. A copy of the charge of discrimination is attached to this complaint as Exhibit 1.

## COUNT 1 - VIOLATION OF EQUAL PROTECTION PURSUANT TO 42 U.S.C. § 1983

22. Plaintiff realleges paragraphs 1-21 above as if restated word for word.

23. The action of the School Board violated plaintiff's constitutional right to Equal Protection guaranteed by the Fourteenth Amendment of the U.S. Constitution.

24. The School Board took an intentional action that was motivated by race against plaintiff Roy Bridges when it denied him the position of superintendent.

25. The School Board intentionally pursued a racially motivated course of action whereby African-Americans were the preferred class and non-African-Americans were burdened solely as a result of their race. Its action with respect to hiring an African-American who was not qualified for the superintendent position rather than Mr. Bridges, who was qualified, was part of this racially motivated animus. This course of action was pursued intentionally, with knowledge of its unlawfulness, with malice and with willful disregard of the statutory and constitutional rights of plaintiff.

26. Through its unlawful and unconstitutional action, the School Board caused damage to plaintiff Roy Bridges.

27. For this violation, plaintiff seeks injunctive relief, compensatory damages, and punitive damages as more particularly described below.

## COUNT 2 - VIOLATION OF 42 U.S.C. § 1981

28. Plaintiff realleges paragraphs 1-27 above as if restated word for word.

29. The action of the School Board violated the plaintiff's federal rights pursuant to 42 U.S.C. § 1981 to be free from intentional discrimination in employment as a result of race. The School Board acted intentionally, with knowledge of the unlawfulness of its action, with malice, and with willful disregard of the statutory rights of plaintiff.

30. Through its unlawful and unconstitutional action, the School Board caused proximate damage to plaintiff.

31. For this violation, plaintiff seeks injunctive relief, compensatory damages, and punitive damages as more particularly described below.

## COUNT 3 - VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

32. Plaintiff realleges paragraphs 1-31 above as if restated word for word.

33. The School Board gave the position of superintendent to Mr. Williams and not Mr. Bridges for because Mr. Bridges was white rather than African-American, in violation of Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000e, *et seq.*

34.     The School Board acted intentionally, with knowledge of the unlawfulness of its action, with malice, and with willful disregard of the statutory rights of plaintiff.

35.     For this violation, plaintiff seeks back pay, reinstatement or front pay, compensatory damages, and punitive damages as more particularly described below.

**COUNT 4 - VIOLATION OF THE ARKANSAS CIVIL RIGHTS ACT OF 1993**

36.     Plaintiff realleges paragraphs 1-35 above as if restated word for word.

37.     The action of the School Board violated plaintiff's right under Ark. Code Ann. § 16-123-101 *et seq.* to be free from intentional discrimination in employment as a result of race. The School Board acted intentionally, with knowledge of the unlawfulness of its action, with malice, and with willful disregard for the statutory rights of plaintiff.

38.     Through its unlawful and unconstitutional actions, the School Board caused proximate damage to plaintiff.

39.     For this violation, plaintiff seeks injunctive relief, compensatory damages, and punitive damages as more particularly described below.

**PRAYER FOR RELIEF**

40.     Plaintiff requests that he be awarded:

(1) declaratory judgment pursuant to 28 U.S.C. § 2201 that the defendants have deprived him of rights protected by 42 U.S.C. § 1983, 42 U.S.C. § 1981, and Title VII of the Civil Rights Act of 1964;

(2) compensatory damages for his lost wages, mental and emotional distress, back pay, and fringe benefits;

(3) injunctive relief in the form of instatement and front pay;

(4) punitive damages for the defendants' willful misconduct; and

(5) costs, including prejudgment interest, and attorneys' fees pursuant to 42 U.SC. § 1988 and 42 U.S.C. § 2000e-5(K).

        Respectfully submitted,

        WILLIAMS & ANDERSON PLC
        111 Center Street
        Twenty-Second Floor
        Little Rock, Arkansas 72201
        (501) 372-0800

By: /s/
        JoAnn C. Maxey, Ark. Bar No. 83117
        jmaxey@williamsanderson.com
        Clayborne S. Stone, Ark. Bar No. 2003102
        cstone@williamsanderson.com

        *Attorneys for plaintiff Roy Bridges*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 490-2009-02599 |

and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Roy E. Bridges | (870) 338-3055 | 10-05-1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 134 Military Road, Helena, AR 72342 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HELENA-WEST HELENA SCHOOL DISTRICT | 201 - 500 | (870) 338-4425 |

| Street Address | City, State and ZIP Code |
|---|---|
| 305 Valley Drive, Helena, AR 72342 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2009    Latest: 06-01-2009

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or around June 1, 2009, I was denied a promotion to the position of Superintendent. I had served in the position of Deputy Superintendent from September 2005 – February 2009; and, I served as the Interim Superintendent from February 2009 – May 2009. I have worked for the above-named company since July 1974.

I believe that I have been discriminated against because of my race (White) in violation of Title VII of the Civil Rights Act of 1964, as amended, in that a less qualified Black male was placed into the position. In addition, I believe that I am being retaliated against for filing EEOC charges (250-2004-00294 & 250-2005-00182).

EXHIBIT 1

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 07, 2009
Date

Charging Party Signature

RECEIVED AUG 0 7 2009 EQUAL EMPLOYMENT OPPORTUNITY COMM. MEMPHIS, TENN.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Roy Bridges

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

August 7, 2009