IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROY BRIDGES                                                                                                    PLAINTIFF

v.                                              NO. 2:10CV00195 JLH

HELENA-WEST HELENA SCHOOL
DISTRICT, acting by and through the
Helena-West Helena School Board, *et al*.                                              DEFENDANTS

## ORDER

Without objection, plaintiff's motion to extend the discovery cutoff is GRANTED. Document #19. The deadline for completion of discovery is hereby extended up to and including March 9, 2012.

IT IS SO ORDERED this 26th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE