IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROY BRIDGES                                                                                        PLAINTIFF

v.                                        NO. 2:10CV00195 JLH

HELENA-WEST HELENA SCHOOL
DISTRICT, acting by and through the
Helena-West Helena School Board, *et al.*                                              DEFENDANTS

## ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 11th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE